# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: Evelyn, Johnny V<br>Evelyn, Deborah C<br>Debtors | §<br>§<br>§<br>§ | Case No. 09 B 47508 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/16/2009.

2) The plan was confirmed on 02/22/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/02/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/25/2011 and 09/12/2011.

5) The case was converted on 07/22/2011.

6) Number of months from filing or conversion to last payment: 17.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $8,300.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $25,241.00 |
| Less amount refunded to debtor | $0 |

**NET RECEIPTS:** $25,241.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $874.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,431.02 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,305.02

Attorney fees paid and disclosed by debtor    $2,900.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $8,667.45 | $8,667.45 | $8,667.45 | $8,667.45 | $0 |
| Countrywide Home Loans Inc. | Secured | $300,000.00 | NA | NA | $0 | $0 |
| National Capital Management | Secured | $12,000.00 | $14,515.70 | $14,515.70 | $0 | $0 |
| National City Bank | Secured | $60,000.00 | NA | NA | $0 | $0 |
| PNC Bank NA | Secured | $60,000.00 | $60,329.96 | $60,329.96 | $0 | $0 |
| PNC Bank NA | Secured | NA | $1,632.24 | $1,632.24 | $1,632.24 | $0 |
| Acorn Podiatry Center Ltd | Unsecured | $215.00 | NA | NA | $0 | $0 |
| Affiliated Capital Corp | Unsecured | $25.00 | NA | NA | $0 | $0 |
| AFS | Unsecured | $4,030.00 | NA | NA | $0 | $0 |
| AIS Services | Unsecured | $933.00 | NA | NA | $0 | $0 |
| Allied Interstate | Unsecured | $1,271.85 | NA | NA | $0 | $0 |
| AMCA | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Amic | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Arrow Financial Services | Unsecured | $1,610.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $2,549.00 | $2,811.33 | $2,811.33 | $680.81 | $0 |
| Capital One | Unsecured | $1,135.00 | NA | NA | $0 | $0 |
| CBCS | Unsecured | $104.85 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:**  *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| City Of Chicago Dept Of Revenue | Unsecured | $100.00 | $366.00 | $366.00 | $88.63 | $0 |
| Cosmetic Centers | Unsecured | $30.45 | NA | NA | $0 | $0 |
| Credit Management Co. | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Credit Management Service | Unsecured | $249.03 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $230.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $40.00 | NA | NA | $0 | $0 |
| Freedman Anselmo Lindberg | Unsecured | $288.57 | NA | NA | $0 | $0 |
| HSBC Auto Finance | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC Bank Nevada NA | Unsecured | $234.52 | $282.43 | $282.43 | $68.40 | $0 |
| HSBC Bank Nevada NA | Unsecured | $245.57 | $285.90 | $285.90 | $69.24 | $0 |
| HSBC Bank USA | Unsecured | $229.00 | NA | NA | $0 | $0 |
| HSBC Bank USA | Unsecured | $276.00 | NA | NA | $0 | $0 |
| ICS Collection Service | Unsecured | $62.65 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $209.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $92.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $603.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $506.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $603.70 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $506.50 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $171.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $62.00 | NA | NA | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $113.29 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | $32,200.99 | $32,200.99 | $32,200.99 | $7,797.97 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $3,441.71 | $3,441.71 | $833.46 | $0 |
| Kevin M Lander DDS | Unsecured | $30.90 | NA | NA | $0 | $0 |
| Lincoln Park | Unsecured | $43.20 | NA | NA | $0 | $0 |
| Malcolm S Gerald & Assoc | Unsecured | $195.00 | NA | NA | $0 | $0 |
| McLean County | Unsecured | $3,956.00 | NA | NA | $0 | $0 |
| MCS Inc | Unsecured | $13.00 | NA | NA | $0 | $0 |
| Merrick Bank | Unsecured | $1,823.00 | $3,823.46 | $3,823.46 | $925.92 | $0 |
| Municipal Collection Services | Unsecured | $215.00 | NA | NA | $0 | $0 |
| Municipal Collection Services | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Municipal Collection Services | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Municipal Collection Services | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Nationwide Credit & Collection | Unsecured | $1,031.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $262.98 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $61.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Northwest Memorial Hospital | Unsecured | $164.05 | NA | NA | $0 | $0 |
| Northwest Memorial Hospital | Unsecured | $17.10 | NA | NA | $0 | $0 |
| Penn Credit Corp | Unsecured | $61.96 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $809.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $758.08 | $736.59 | $736.59 | $178.37 | $0 |
| Radiology Imaging Consultants | Unsecured | $13.00 | NA | NA | $0 | $0 |
| Radiology Imaging Consultants | Unsecured | $13.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $465.00 | $715.00 | $715.00 | $173.15 | $0 |
| Receivables Management Inc | Unsecured | $215.00 | NA | NA | $0 | $0 |
| Remit Payment | Unsecured | $245.19 | NA | NA | $0 | $0 |
| Remittance Center | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Rush University Medical Center | Unsecured | $132.37 | NA | NA | $0 | $0 |
| Saint Joseph Hospital | Unsecured | $506.50 | $506.50 | $506.50 | $122.64 | $0 |
| Sallie Mae | Unsecured | $50,721.00 | $51,124.62 | $51,124.62 | $0 | $0 |
| Sallie Mae | Unsecured | $19,786.00 | $19,486.66 | $19,486.66 | $0 | $0 |
| Sentry Credit Inc | Unsecured | $1,849.09 | NA | NA | $0 | $0 |
| Sullivan Urgent Aid Centers | Unsecured | $79.00 | NA | NA | $0 | $0 |
| Sullivan Urgent Aid Centers | Unsecured | $8.20 | NA | NA | $0 | $0 |
| University Surgeons | Unsecured | $301.90 | NA | NA | $0 | $0 |
| Unv Fidity | Unsecured | $749.00 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | $1,242.50 | $1,607.05 | $1,607.05 | $389.18 | $0 |
| Verizon Wireless | Unsecured | $978.00 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | $628.00 | NA | NA | $0 | $0 |
| Village Of Olympia Fields | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Wachovia Dealer Services | Unsecured | $1,737.00 | $4,737.04 | $4,737.04 | $1,147.16 | $0 |
| Westlake Hospital | Unsecured | $62.65 | NA | NA | $0 | $0 |
| Westlake Hospital | Unsecured | $1,276.11 | $666.35 | $666.35 | $161.36 | $0 |
| Westlake Hospital | Unsecured | $92.00 | NA | NA | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $60,329.96 | $0 | $0 |
| Mortgage Arrearage | $1,632.24 | $1,632.24 | $0 |
| Debt Secured by Vehicle | $14,515.70 | $0 | $0 |
| All Other Secured | $70,611.28 | $0 | $0 |
| **TOTAL SECURED:** | $147,089.18 | $1,632.24 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $8,667.45 | $8,667.45 | $0 |
| **TOTAL PRIORITY:** | $8,667.45 | $8,667.45 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $52,180.35 | $12,636.29 | $0 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $2,305.02 | |
| Disbursements to Creditors | $22,935.98 | |
| **TOTAL DISBURSEMENTS:** | | $25,241.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: September 13, 2011          By: /s/ MARILYN O. MARSHALL
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.